Jeffry G. Locke
Trustee
530 Alameda Del Prado, #396
Novato, CA 94949
415-413-4401


September 22, 2008


Chief Judge Newsome
Via Email c/o edward_emmons@canb.uscourts.gov.


Re: Pacer fee waiver

Dear Honorable Judge Newsome:

Please accept this letter request for waiver of trustee pacer fees for my account number JL0129. I understand and agree to the following:

1. This fee exemption applies only to me as the Trustee and is valid only for work related to the specific duties as the trustee. Any work unrelated to the official work as a trustee is subject to PACER fees and I will use a separate login;

2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. by accepting this exemption, I agree not to sell for profit any data obtained as a result of receiving this exemption;

4. this exemption is valid until revoked:

5. the Bankruptcy Court reserves the right to
      a. revoke the PACER privilege and/or
      b. request reimbursement for excessive use if such usage becomes a burden to the court; and

6. I agree to run data gathering reports during the non peak hours of 1:30 A.M. and 5:30 A.M. Running these reports at any other time is prohibited.


Thank you for your consideration.

Respectfully submitted,



Jeffry G. Locke
Chapter 7 Trustee


Case: 11-00101    Doc# 2    Filed: 09/22/08    Entered: 09/22/08 16:28:26    Page 1 of 1